## CONRAD TEN EYCK AND JEREMIAH V. R. TEN EYCK, TRADING UNDER THE FIRM OF CONRAD TEN EYCK & CO., *versus* GEORGE JOHNSTON

JOURNAL ENTRIES (1819): *Journal 2:* (1) Cognovit, judgment, execution stayed *p. 747.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) warrant to confess judgment; (4) declaration; (5) promissory note.

*Office Docket,* MS p. 90, c. 33.

## OLIVER ROSE *versus* WILLIAM G. TAYLOR

JOURNAL ENTRIES (1819–25): *Journal 2:* (1) Bill of privilege filed, motion for rule to plead *p. 748. *Journal 3:* (2) Motion argued, overruled *p. 10; (3) leave to withdraw declaration denied *p. 12; (4) motion for rule to plead, on service, etc., granted *p. 41; (5) agreement to postpone filed *p. 76; (6) motion for judgment *p. 231; (7) continued *p. 254; (8) . . . . *p. 271; (9) judgment *p. 365. *Journal 4:* (10) Rule to return fi. fa. MS p. 16; (11) rule to return fi. fa. enlarged MS p. 33; (12) rule to return fi. fa. enlarged MS p. 38.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return non est; (3) bill of privilege; (4) motion for rule to plead; (5) affidavit of service; (6) plea of nil debet; (7) agreement to postpone argument; (8) sheriff's fee bill; (9) precipe for execution fi. fa.; (10) writ of fi. fa. and return; (11) precipe for execution ca. sa.; (12) writ of ca. sa. and return; (13) alias ca. sa. and return; (14) exemplification of record of Court of Common Pleas, Ontario County, New York.

*Office Docket,* MS p. 78, c. 13. (Case 37 of 1820) Recorded in *Book A,* MS pp. 387–93.